Cite as 2022 Ark. 155

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** September 15, 2022

IN RE STACEY PECTOL,
CLERK OF THE SUPREME COURT AND
COURT OF APPEALS

## PER CURIAM

Stacey Pectol served as Clerk of the Supreme Court and Court of Appeals for eight years. The court recognizes and appreciates Stacey's service and congratulates her on her accomplishments as Clerk.

Stacey is a long-time, well-known presence in the Justice Building. Before her appointment in 2014 to the position of Clerk, Stacey served as law clerk to then Chief Judge Donald L. Corbin, Arkansas Court of Appeals, and continued as his clerk during his subsequent tenure on the Arkansas Supreme Court.

As Clerk, Stacey has implemented many beneficial changes in that office, notably its transition from the age of paper filing to electronic filing. Stacey has served on the Arkansas Access to Justice Commission Foundation Board and on the Executive Committee of the National Conference of Appellate Court Clerks.

Through it all, Stacey has always been a friendly face of the court, providing reliable guidance to judges, lawyers, and members of the public who daily interact with the Clerk's office. She has been a trusted friend and colleague to all who have worked for and served on

the courts. She has served this court admirably, and her institutional knowledge of both appellate courts will be greatly missed. The court wishes her Godspeed in her new endeavor.